No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARRATTINO, Respondent, v. RAPP CONST. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Antonio Barrattino against the Rapp Construction Company, impleaded, with the Seventy-Sixth Street & Park Avenue Company. No opinion. Judgment and order unanimously affirmed, with costs.

BARRY, Respondent, v. PETER THOMSON, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Joseph A. Barry, an infant, by Ellen Barry, his guardian ad litem, against Peter Thomson, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

BATTERSBY, Respondent, v. IMPROVED PROPERTY HOLDING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by Flora Battersby, as administratrix, etc., against the Improved Property Holding Company. No opinion. Judgment and order unanimously affirmed, with costs.

BAUMANN v. STEINGESTER et al. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Lena Baumann against Henry C. Steingester and others. No opinion. Judgment affirmed, with costs.

BAYNARD, Respondent, v. PITTSBURG CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by Rosa Baynard, as administratrix, against the Pittsburg Contracting Company. J. A. Goodwin, of White Plains, for appellant. C. Goldzier, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BEATTY, Respondent, v. HOLBROOK, CABOT & ROLLINS CORPORATION, Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by Walter Beatty against the Holbrook, Cabot & Rollins Corporation.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of Citrone v. O'Rourke Engineering Construction Co., 188 N. Y. 339, 80 N. E. 1092, 19 L. R. A. (N. S.) 340; Id., 113 App. Div. 518, 99 N. Y. Supp. 241; Russell v. Lehigh Valley R. R. Co., 188 N. Y. 344, 81 N. E. 122, 19 L. R. A. (N. S.) 344.

BECKER v. BURGESS. (Supreme Court, Appellate Division, First Department. December

ber 26, 1913.) Action by Conrad Becker against Charles A. Burgess. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1105.

BECKER v. BURGESS. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Conrad Becker against Charles A. Burgess. No opinion. Application denied, with $10 costs. Order signed. See, also, 144 N. Y. Supp. 1105.

BEEBE, Respondent, v. McLEOD et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Mary E. Beebe against Johnston McLeod and another. No opinion. Order granting plaintiff's motion for judgment on the pleadings affirmed, with $10 costs and disbursements, with leave, however, to the defendants to plead anew within 20 days upon payment.

BELL, Appellant, v. PRESS PUB. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by Josephine D. Bell against the Press Publishing Company. M. A. Freeman, of New York City, for appellant. H. Taylor, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 142 N. Y. Supp. 1108.

BELLANCA, Respondent, v. CIANCIOLO, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Vincenzo Bellanca against Guiseppina Catalano Cianciolo.

PER CURIAM. Judgment reversed, and new trial granted before another referee, or before a jury, in case either party is or becomes entitled to a jury trial, with costs to appellant to abide event. Held that, as it was not shown that the defendant had made any purchases or deposits, indicating that she had received the $4,000 or any part thereof, and plaintiff's testimony as to advances or loans to defendant of other large sums of money is found by the referee to have been false, and material testimony of at least one of plaintiff's witnesses was clearly false, we think the evidence is insufficient to support the finding of the referee that plaintiff did in fact pay or deliver to the defendant the sum of $4,000 as and for a contribution to the capital of the alleged partnership between the parties.

BERESOW, Appellant, v. KRAUS, Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Rachel Beresow, as administratrix, etc., of Yan Beresow, deceased, against Joseph Kraus, etc. No opinion. Judgment and order unanimously affirmed, with costs.

BERMAN, Respondent, v. TIERMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Ac-